■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OCTAVIO AGUIRRE, Appellant. [684 NYS2d 884] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 7, 1994 (*People v Aguirre,* 201 AD2d 485), affirming a judgment of the Supreme Court, Queens County, rendered December 18, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Thompson, Altman and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCELIN ALEXANDRE, Appellant. [684 NYS2d 891] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 8, 1995 (*People v Alexandre,* 215 AD2d 488), affirming a judgment of the Supreme Court, Kings County, rendered October 20, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Thompson, J. P., Santucci, Friedmann and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BAMBRICK, Appellant. [684 NYS2d 884] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Lefkowitz, J.), rendered March 28, 1997.

Ordered that the judgment is affirmed (*see, People v Pellegrino,* 60 NY2d 636; *People v Kazepis,* 101 AD2d 816). O'Brien, J. P., Ritter, Joy and Altman, JJ., concur.